UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PRIDE OF SAN JUAN, | ) | |
| | ) | |
| Plaintiffs, | ) | No. C06-2032 SBA (BZ) |
| | ) | |
| v. | ) | **ORDER SCHEDULING BRIEFING** |
| | ) | |
| SUNAGRA, INC. and CHARLES K. DIBLE, | ) ) ) | |
| Defendants. | ) ) | |

The Honorable Saundra B. Armstrong has referred this case to me for a Report and Recommendation on the proper amount of damages. **IT IS HEREBY ORDERED** that plaintiff file by **November 3, 2006** any further papers it wishes to support its damages claim. Any opposition shall be filed no later than **November 13, 2006**. If a hearing is necessary it will be held on **Wednesday, November 29, 2006 at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: October 24, 2006

*/s/ Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\PRIDE OF SAN JUAN\SCHED.ORD.wpd

1